IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TAYLOR PUBLISHING COMPANY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 21-cv-1473-SMY |
| ) | |
| JIM HAWKINSON, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Pending before the Court is Plaintiff Taylor Publishing Company's Unopposed Motion for Leave to File Second Amended Complaint (Doc. 40). Under Federal Rule of Civil Procedure 15(a), after a party has amended its pleading once by right, that party may amend the pleading again only by leave of court or by written consent of the adverse party. Thus, leave of court or written consent from Defendant is required for Plaintiff to file a Second Amended Complaint. Although Plaintiff asserts that Defendant does not oppose the motion, it does not provide evidence of his written consent.

Leave to amend should be granted absent evidence of bad faith, dilatory motive, undue delay, or unfair prejudice to the opposing party, or unless it is certain from the face of the Complaint that an amendment would be futile or otherwise unwarranted. *Barry Aviation v. Land O'Lakes Municipal Airport*, 377 F.3d 682, 687 (7th Cir. 2004); *Runnion ex rel. Runnion v. Girl Scouts of Greater Chicago & Nw. Indiana,* 786 F.3d 510, 519–20 (7th Cir. 2015).

Here, Plaintiff wishes to add additional facts regarding the amounts owed on a commission, which only became ripe after a final accounting. The Court finds no indication of undue delay, unfair prejudice, bad faith, or dilatory motive by Plaintiff. Nor does the Court conclude from the

face of the proposed Second Amended Complaint that amendment would be futile or otherwise unwarranted. Accordingly, Plaintiff's Motion for Leave to File Second Amended Complaint is **GRANTED**.

    **IT IS SO ORDERED.**

    **DATED:  July 20, 2022**

                                                      **STACI M. YANDLE**
                                                    **United States District Judge**